## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE, WASHINGTON

| | |
|---|---|
| JAVIER HERNANDEZ-VELAZQUEZ<br>A 079-767-055,<br><br>Petitioner,<br><br>A. Neil Clark, District Director,<br>Immigration & Customs Enforcement;<br>Eric Holder, Attorney General;<br>Janet Napolitano, Secretary of<br>Department of Homeland Security,<br><br>Respondents. | No. C09-1093-RSL-BAT<br><br>[~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having considered the motion of the Petitioner, and being otherwise fully informed, it is hereby:

ORDERED that the Petitioner's Petition for Writ of Habeas Corpus be voluntarily dismissed without prejudice.

DATED this 28th day of October, 2009.

09-CV-01093-ANS

_____
Honorable District Court Judge

BRENT A. DE YOUNG
1010 S. PIONEER WAY, STE. C
MOSES LAKE, WA 98837
(509) 764-4333